UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL CURTIS, PAULINE CURTIS, and, G&C CONCRETE CONSTRUCTION COMPANY INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES R. SKEMP, STEVEN T. PRUIETT, and, INVESTMENT PLANNERS, INC. <br><br> Defendants. | Civil Action. No.: |

## NOTICE OF REMOVAL

The Defendants, Charles R. Skemp ("Skemp"), Steven T. Pruiett ("Pruiett) and Investment Planners, Inc. ("IPI")( collectively, the "Defendants"), who are each and all of the defendants in the above-entitled action, hereby remove Case No. ESCV 2012-00057-D from the Essex County Superior Court (the "State Action"), to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. §§1332, 1441 and 1446, and as grounds for its removal state as follows:

1. On or about January 10, 2012, Plaintiffs, Michael Curtis ("Mr. Curtis"), Pauline Curtis ("Mrs. Curtis"), and G&C Concrete Construction Company Inc. ("G&C")(collectively, the "Plaintiffs"), filed a Civil Complaint in the Superior Court for Essex County, Lawrence, Massachusetts styled *Michael Curtis, Pauline Curtis, and G&C Concrete Construction Company Inc. v. Charles R. Skemp, Steven T.*

1

*Pruiett, and Investment Planners, Inc.*, Case No.: ESCV2012-00057-D (the "State Action"). A certified copy of the Complaint is attached hereto as **Exhibit A.**

2. Skemp was served with the Complaint on February 13, 2012. Pruiett was served with the Complaint on February 15, 2012. IPI was served with the Complaint on February 10, 2012.

3. The Complaint purports to assert seven causes of action, including (a) Breach of Fiduciary Duty, (b) Fraud, (c) Negligence, (d) Violations of Massachusetts General Laws c. 93A, §§2, 9 (e) Breach of Contract, (e) Vicarious Liability, and (f) Violation of Massachusetts General Laws c. 110A – Uniform Securities Act.

4. The Plaintiffs claim damages, exclusive of taxes and attorneys fees, in excess of $150,000.00. A certified copy of the Civil Action Cover Sheet is attached hereto as **Exhibit B**.

## DIVERSITY JURISDICTION UNDER 28 U.S.C. §1332(a)

5. This Court has jurisdiction over this matter under 28 U.S.C. §1332(a), because there is complete diversity of citizenship between Plaintiffs and Defendants and more than $75,000.00, exclusive of interests and costs, is at stake.

6. Plaintiffs, Mr. Curtis and Mrs. Curtis, allege that they are husband and wife, both citizens and residents of the Commonwealth of Massachusetts.

7. Plaintiffs allege that G&C is a domestic Massachusetts business corporation with a principal place of business located in the Commonwealth. As such, G&C is also a citizen of the Commonwealth of Massachusetts.

8. Defendant Skemp is a citizen of the State of Iowa and a resident thereof. Defendant Pruiett is a citizen of the State of Illinois and a resident thereof. Defendant IPI is

business corporation organized under the laws of the State of Illinois, with its principal place of business located in the State of Illinois. As such, IPI is a citizen of the State of Illinois.

9. The Plaintiffs claim damages, exclusive of taxes, plus attorneys fees, in excess of $150,000.00.

### VENUE PURSUANT TO 28 U.S.C §§1441 and 1446(a)

10. Pursuant to 28 U.S.C. §1446(a), "[a] defendant or defendants desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which such action is pending."

11. Venue is proper in the Court pursuant to 28 U.S.C. §1441(a) because the United States District Court for the District of Massachusetts is the federal jurisdiction embracing the Essex Counter Superior Court, Lawrence, Massachusetts where the State Action was originally filed by the Plaintiffs.

### PROCEDURAL REQUIREMENTS FOR REMOVAL UNDER 28 U.S.C. 1446 AND LOCAL RULE 5.4(f) ARE SATISFIED

12. Pursuant to 28 U.S.C. §1446(a) and Local Rule 5.4(f), a true and correct copy of all of the process, pleadings, orders, and documents from the State Action which have been served upon the Defendants are being filed with this Notice of Removal. In addition to **Exhibits A** and **B**, also attached hereto as **Exhibit C** are the following documents:

   a. Certified copy of the Docket Sheet for Civil Action No. ESCV2012-00057-D;

   b. Certified copy of the Scheduling Order; and,

   c. Certified copy of a letter by Valerie S. Carter, Esq., dated February 28, 2012.

13. Exhibits **A**, **B** and **C** constitute all pleadings on file with the civil clerk for the Essex Superior Court, Lawrence, Massachusetts and a PDF copy of each is provided on a disk pursuant to Local Rule 5.4(f).

14. This Notice of Removal has been timely filed within 30 days of the date that IPI (the first served defendant) was served with the summons of the Complaint in this matter. A copy of the Summons and Notice of Service of Process on IPI are attached hereto as **Exhibit D.**

15. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b)(1).

16. Pursuant to 28 U.S.C. §1446(d), this *Notice of Removal* shall promptly be filed with the Superior Court Department of the Trial Court of Essex County, Lawrence, Massachusetts and shall be served upon all parties adverse to the Defendants.

17. This *Notice of Removal* is signed by the Defendants' attorneys pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, without waiving any objections as to service, jurisdiction or venue, or any other defenses or objections to this action, the Defendants pray that this Court remove the action now pending against them in the Superior Court Department of the Trial Court of Essex County, Lawrence, Massachusetts, Docket No. ESCV2012-00057-D, to this Court.

Respectfully submitted this 12th day of March 2012,

Charles R. Skemp,
Steven T. Pruiett, and,
Investment Planners, Inc.

By their attorneys,

Valerie S. Carter, BBO# 545412
Dennis C. Carter, BBO#670187

4

CARTER & DOYLE, LLP
Lexington Office Park
430 Bedford Street, Suite 195
Lexington, MA 02420
781-861-0064(o)
781-861-0065(f)
vcarter@carterdoyle.com
dcarter@carterdoyle.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2012 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies served upon counsel for the plaintiffs, via mail, postage prepaid to:

David F. McCool, Esq.
56 Roland Street, Suite 207-A
Boston, MA 02129

                                                         */s/ Dennis C. Carter*
                                                        Dennis C. Carter